**Generated on:** This page was generated by TSDR on 2023-06-10 17:26:39 EDT

**Mark:** AVAMO

*Avamo*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88810775 | **Application Filing Date:** | Feb. 26, 2020 |
| **US Registration Number:** | 6152070 | **Registration Date:** | Sep. 15, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Sep. 15, 2020

**Publication Date:** Jun. 30, 2020

# Mark Information

**Mark Literal Elements:** AVAMO

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Translation:** The wording "Avamo" has no meaning in a foreign language.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bath robes; Blouses; Body suits for babies, adults, children, women, men; Boots; Brassieres; Clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; Clothing, namely, folk costumes; Coats; Corselets; Dresses; Footwear; Jackets; Knit dresses; Knit jackets; Knit shirts; Knit skirts; Knit tops; Night gowns; Outer jackets; Overcoats; Pants; Pullovers; Pyjamas; Sandals; Shirts; Shoes; Short-sleeve shirts; Skirts; Slippers; Sports jerseys; Sports shoes; Suits; Sweaters; Swim trunks; Swimming caps; Teddies being underclothing; Tee-shirts; Tops as clothing; Trousers; Underpants; Underwear; Vests; Waistcoats; Wedding dresses; Women's underwear

| | | | |
|---|---|---|---|
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2020 | **Use in Commerce:** | Jan. 01, 2020 |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** QIONGHAI SHUANGGUOBA TRADING CO., LTD.

**Owner Address:** ROOM 801, UNIT 1, BUILDING 4, PHASE 1,
YUNHUA, WATERFRONT, SHUANGYONG ROAD
QIONGHAI CHINA 571400

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** CHINA

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Devasena Reddy

**Attorney Primary Email Address:** dr@kafiling.com

**Docket Number:** 1-257-TUS

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** DEVASENA REDDY
1570 HERITAGE BAY DRIVE
SAN JOSE, CALIFORNIA UNITED STATES 95138

**Correspondent e-mail:** dr@kafiling.com jetstilellc@outlook.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 03, 2023 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Feb. 02, 2022 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 15, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 30, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 30, 2020 | PUBLISHED FOR OPPOSITION | |
| Jun. 10, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 22, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 15, 2020 | ASSIGNED TO EXAMINER | 91242 |
| Mar. 04, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 03, 2020 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Sep. 15, 2020

# Assignment Abstract Of Title Information

### Summary

**Total Assignments:** 2

**Registrant:** Guangzhou Shengwei E-Commerce Co., Ltd.

### Assignment 1 of 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** 7539/0924

**Pages:** 3

**Date Recorded:** Dec. 23, 2021

| | |
|---|---|
| **Supporting Documents:** | assignment-tm-7539-0924.pdf |

| **Assignor** | | | |
|---|---|---|---|
| **Name:** | GUANGZHOU SHENGWEI E-COMMERCE CO., LTD. | **Execution Date:** | Dec. 17, 2021 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | No Place Where Organized Found |

| **Assignee** | | | |
|---|---|---|---|
| **Name:** | LUCKYSTAR TECHNOLOGY INC | **State or Country Where Organized:** | COLORADO |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | 1064 ADAMS ST. DENVER, COLORADO 80206 | | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** | LIJUAN HE |
| **Correspondent Address:** | 1064 ADAMS ST. DENVER, CO 80206 |

| **Domestic Representative - Not Found** |
|---|

## Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 8049/0630 | **Pages:** | 3 |
| **Date Recorded:** | Apr. 23, 2023 | | |
| **Supporting Documents:** | assignment-tm-8049-0630.pdf | | |

| **Assignor** | | | |
|---|---|---|---|
| **Name:** | LUCKYSTAR TECHNOLOGY INC | **Execution Date:** | Apr. 20, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | COLORADO |

| **Assignee** | | | |
|---|---|---|---|
| **Name:** | QIONGHAI SHUANGGUOBA TRADING CO., LTD. | **State or Country Where Organized:** | CHINA |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | | |
| **Address:** | ROOM 801, UNIT 1, BUILDING 4, PHASE 1, YUNHUA WATERFRONT, SHUANGYONG ROAD QIONGHAI, CHINA 571400 | | |

| **Correspondent** | |
|---|---|
| **Correspondent Name:** | XU XUANZHE |
| **Correspondent Address:** | UNIT 1 BLDG 4 PHASE 1 YUNHUA WATERFRONT QIONGHAI, 571400 CHINA |

| **Domestic Representative - Not Found** |
|---|