UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 23-61201-CV-SMITH**

QIONGHAI SHUANGGUOBA TRADING CO., LTD.

     *Plaintiff,*

 v.

The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A",

     *Defendants.*
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Plaintiff, QIONGHAI SHUANGGUOBA TRADING CO., LTD. by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendants No.14 Vinsonshop, No.34 ANMAMI INC without prejudice.

Dated January 10, 2024.     Respectfully submitted,

            /s/ Andrew J. Palmer
            Andrew J. Palmer
            Jared W. Gasman Attorney, P.A.
            5353 N. Federal Highway, Suite 402
            Fort Lauderdale, FL 33308
            Phone: 954-771-7050
            ajpalmer@gasmanlaw.com
            dkang@gasmanlaw.com